**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES OF AMERICA : <br> : <br> v. : <br> : <br> THOMAS ROY VINSON, : <br> : <br> *Defendant*. : | No.: 21-mj-00247-02-RMM |

**NOTICE OF APPEARANCE**

Please enter the appearance of Christopher Macchiaroli of Silverman, Thompson, Slutkin, & White, LLC as counsel for Defendant Thomas Roy Vinson in the above-referenced matter.

Dated: March 9, 2021            Respectfully submitted,

SILVERMAN|THOMPSON|SLUTKIN|WHITE, LLC

    /s/ Christopher Macchiaroli
Christopher Macchiaroli (D.C. Bar No. 491825)
1750 K Street, NW, Suite 810
Washington, D.C. 20006
Telephone: (202) 539-2444
Facsimile:  (410) 547-2432
Email: cmacchiaroli@silvermanthompson.com

*Counsel for Defendant*