10/15/2021

To Whom It May Concern,

I Lonnie Hawks want to express how Tom and Lori Vinson has helped with me and the people around me where we live in our community. I want to start with how they have made it a lot safer to live by making sure that we have a drug free community and sense they have owned this property around me including my residence, I have seen the crime rate go down like people stealing from me and my neighbors. I was robbed four times before they owned the property now since they have owned the property, I can say I haven't been robbed once. They have done this by being present on the property at all hours of the day and night. If there is a problem here, I can call them, and it doesn't matter what time they will come here to solve whatever problem we are having. This is a big solution to the problems we were having before they bought the property. I can say I have not been robbed anymore and then drugs and the people that were bringing them in are becoming less and less making this a safer place to live. They have also made this community a lot more kid friendly. Before Tom and Lori Vinson bought this property, I would not allow my grandkids here because at any given time you would find needles on the ground, busted glass from beer bottles and even meth pipes laying around on the ground.

The Vinson's help a lot of people out with rent and food as we have been in this pandemic and hard times. I have seen them help other tenants with utilities bills. Mrs. Vinson even started a small food pantry in her office to help people who could not afford food for the week.

There are 30 something families that live in this community that in some way depends on Tom and Lori Vinson. Lori Vinson even takes care of a mentally slow adult male that depends on her to make sure all his needs are met like grocery shopping, she is the one he calls if he has an emergency. His dad lives in this county but kicked him out months ago and the rest of his family lives in another state.

The Vinson's have taken this community and turned it around so that it is a safer, kid friendly place to live. And now I can leave my home and not worry about getting stolen from this place is not perfect, but Tom and Lori try daily to make it better each day. So I would love to thank them for this as I don't feel like they get recognition they deserve.

Thank you to who ever it is I am writing this letter too.

Sincerely yours

Lonnie Hawks
270-855-5591

To Whom it May Concern, 10/17/21

My name is Monica Pharm. I have known Lori Vinson for 10 years and met her husband Tom Vinson a year ago. I worked with Lori at a nursing home. I live in one of the homes that Tom and Lori Vinson own. I can not start to tell you how many people these 2 have helped in the last year. There are only 7 people on this whole property that own a car. Tom and Lori take the people with limited income to the grocery store, pharmacy if they don't have money for a cab and they even give people money to help buy food if needed. I can say this because I am one of the people on a limited income

They put in a laundry mat for the people on this block because most couldn't afford to take their clothes in a cab to get them washed. They are on the property every day to make sure the people on this block are not in need of anything.

Tom and Lori Vinson bought this property over a year ago and I can honestly say that we have almost completely gotten rid of the drugs and homeless people that were stealing from us. I have seen Lori Vinson here between midnight and 5 am making sure people are not roaming around stealing and selling drugs. Tom and Lori Vinson's presence is needed here in order to not allow drugs and stealing to return. Lori has met with Bill Mills one of the members of the Narcotic Task force to give him information on illegal activity going on. Tom Vinson is the one who does all the maintenance on the property. So, when someone calls him he is here to fix it no matter what time or how long it takes.

On top of being here Tom and Lori Vinson also have full time jobs and find a way to manage both very well. Knowing both of these people I can say that they both have a deep desire to help people and would never do anything to harm someone or break the law. Please take into consideration everything these two do for this community when judging them. They have hearts of gold and would do anything to help someone in need.

Thanks


Monica Pharm

*Monica P Pharm*

270-855-4618

October 14, 2021

RE:  Character Reference for Thomas and Lori Vinson

To Whom It May Concern:

I have known Tom and Lori Vinson for over sixteen years.  I first became acquainted with Tom as a customer for the supply company where I was employed.  We eventually became coworkers and he is now my supervisor and friend.

Tom possesses strong qualities of leadership, integrity, and honesty.  He demonstrates leadership with his employees and has earned a great amount of respect from them.  This is due to Tom's willingness to jump in alongside employees and do whatever is needed to complete a project.  Instead of spending time reprimanding employees when they make a mistake or fail at a task, Tom will work at determining the root cause and a preventative action so it does not occur again in the future – or as in Tom's words – "what is the Why?"  He is passionate at performing jobs in the right way without taking shortcuts.  Over the years, we have shared laughter and tears as we have grown from a coworker relationship to being good friends.

Lori possesses qualities of compassion, leadership, and integrity.  The qualities that make up a great nurse are what Lori has in abundance.  Lori has a long career in nursing including a supervisory position.  She is much like Tom, in that she will work beside her fellow employees and ensure a patient is cared for in the right way.  Lori is someone that I can trust.  I have confided in her on my own family medical situations and she has given good advice while keeping my questions private.

Tom and Lori care greatly for their family and friends.  Tom and Lori have displayed their loving, caring, and nurturing qualities by taking in and raising children who were in need.  They not only help kids in need, but have also provided shelter and care for rescue and stray dogs.  They are always looking for ways to help and are passionate about it.

Tom and Lori are both good, upstanding, and kind people that anyone would want to have as friends.  I am fortunate to call them my friends.

Sincerely,

*Chuck Condiff Jr.*

Chuck Condiff, Jr.