UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | Criminal No. 21-CR-355 (RBW) |
| | : | |
| LORI and THOMAS VINSON, | : | Hon. Reggie B. Walton |
| | : | |
| Defendants. | : | |

**UNITED STATES' NOTICE OF FILING OF ITEMS
<u>INCOMPATIBLE WITH CM/ECF FILING</u>**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and in accordance with Local Rule 49(e)(1), hereby files this notice of filing of the following exhibits which are incompatible with CM/ECF filing. The items are two digital videos that are exhibits 1 and 2 to the Government's Sentencing Memoranda as to the defendants in this matter (ECF Nos. 43–44). The Government has no objection to the public release of these exhibits. The United States will make the following video evidence available to the Court and counsel for defendants electronically:

| Number | File Name | Duration | Source |
| --- | --- | --- | --- |
| 1 | Exhibit 1 – Crypt | 3 minutes and 8 seconds | "The Resistance.Video," available at https://cantcensortruth.com/watch?id=5ff6857e00bac0328da8e888 |
| 2 | Exhibit 2 – Exterior Rotunda Doors | 27 seconds | Facebook of Thomas Vinson |

Respectfully submitted,

CHANNING D. PHILLIPS

                            Acting United States Attorney
                            DC Bar No. 415793

By:     /s/ *Mary L. Dohrmann*
            MARY L. DOHRMANN
            Assistant United States Attorney
            NY Bar No. 5443874
            555 4th Street NW
            Washington, D.C. 20530
            Mary.Dohrmann@usdoj.gov
            (202) 252-7035